IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Case No. 4:01cr70057-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **CHARLES LEE TORIAN,** | ) | By: Norman K. Moon |
| Petitioner. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Torian's motion (Docket No. 55) is **CONSTRUED** as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and is **DISMISSED without prejudice** as successive; and the case is **STRICKEN** from the active docket.

Further, I find that Torian has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

**ENTER**: This 13th day of April, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE